[No. 21705.   Department One.   July 25, 1929.]

FRED M. WILLIAMS, *Appellant*, v. L. G. BEVIS *et al.*, *Respondents*.[1]

*Dan Danielson*, for appellant.
*W. W. Clarke*, for respondent.

PER CURIAM.—This is a companion case to that of *Williams v. Bevis*, 152 Wash. 469, 278 Pac. 193, and the facts in the two cases being practically identical, for the reasons stated in the opinion above cited the judgment appealed from herein is affirmed.

HOLCOMB, J., dissents.

[No. 21167.   *En Banc*.   August 9, 1929.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAVELICH *et al.*, *Appellants*.[2]

*Edward M. Connelly* and *Joseph A. Albi*, for appellants.
*Chas. W. Greenough* and *Frank Funkhouser*, for respondent.
*Ewing D. Colvin* and *H. A. Davis*, amici curiae.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the Departmental opinion heretofore filed herein and reported in 150 Wash. 411, 273 Pac. 182. The judgment is therefore reversed.

[1]Reported in 279 Pac. 1119.
[2]Reported in 279 Pac. 1107.